1014

[No. 33249-7-III.   Division Three.   September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LYZETTE VARGAS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-00433-1, Vic L. VanderSchoor, J., entered March 24, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33621-2-III.   Division Three.   September 27, 2016.]

JOEL GONZALEZ-PRUNEDA, *Respondent*, v. VALLEY FRUIT COMPANY, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-2-01006-0, Blaine G. Gibson, J., entered June 12, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., Lawrence-Berrey, J.

[Nos. 33693-0-III; 33694-8-III.   Division Three.   September 27, 2016.]

*In the Matter of the Parental Rights to* KH.V.-B.

*In the Matter of the Parental Rights to* KA.V.-B.

Appeals from a judgment of the Superior Court for Grant County, No. 14-7-00183-0, John D. Knodell III, J., entered July 14, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33703-1-III.   Division Three.   September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE YATES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01153-0, Michael P. Price, J., entered July 17, 2015. *Remanded* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.